UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABRAHAM FEBLES-OLIVERAS,
                Plaintiff,

     -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X



19 CIVIL 5412 (GBD)(KNF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        January 8, 2020

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                       **BY:**
                                            **Deputy Clerk**